ANNA E. CHAPIN, TOWN CLERK OF NEW MILFORD *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The defendant Freedom of Information Commission's petition for certification for appeal from the Appellate Court, 22 Conn. App. 316, is denied.

*Victor R. Perpetua,* commission counsel, in support of the petition.

*Christopher G. Winans,* in opposition.

Decided September 18, 1990

STATE OF CONNECTICUT *v.* ROGER BRUNORI

The state of Connecticut's petition for certification for appeal from the Appellate Court, 22 Conn. App. 431, is denied.

*Paul Ferencek,* deputy assistant state's attorney, in support of the petition.

Decided September 18, 1990

STATE OF CONNECTICUT *v.* EUGENE RUSSELL

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 440, is granted, limited to the following issue:

"Did the Appellate Court properly determine that a fenced-off section of a building otherwise open to the public constitutes a 'building' for purposes of Connecticut General Statutes § 53a-103?"

*William M. Bloss,* special public defender, in support of the petition.

*Timothy J. Sugrue,* assistant state's attorney, in opposition.

Decided September 18, 1990